UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK DEBLANCO,
                     Plaintiff,

-v-

US BANK NATIONAL ASSOCIATION,
                     Defendant.

23-CV-11083 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on December 21, 2023. Counsel for the Plaintiff is directed to file an appearance with this Court no later than January 22, 2024. Counsel for the Defendant shall serve a copy of this order on counsel for the Plaintiff by January 12, 2024.

    Within two weeks of the Plaintiff's filing of his appearance in this Court, the parties are directed to file a joint letter addressing whether this case should be transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. 1404(a). That statute provides that "[f]or the convenience of parties and witnesses, in the interest of justice," a district court may transfer a case to another district "where it might have been brought." The complaint alleges a claim that arose in Suffolk County, New York, which is in the Eastern District of New York; nothing is alleged to have occurred in this District, and neither party is alleged to reside in this District.

    SO ORDERED.

Dated: December 28, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge